UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCA CAOUETTE,<br><br>             *Plaintiff,*<br><br>       v.<br><br>CENLAR FSB,<br><br>             *Defendant.* | CASE NO. 3:22-cv-00080<br><br>September 9, 2022 |

## JOINT MOTION TO MODIFY PRE-TRIAL DEADLINES

The parties hereto jointly move for a modification of the pre-trial deadlines in this matter, as provided below, based on the following:

1.     The parties have made substantial progress in settlement discussions and believe that they can likely reach a settlement without engaging in further litigation. The parties have exchanged several counteroffers and are reviewing terms for documenting and effectuating a potential settlement. The requested extensions of time would allow Plaintiff and Defendant to continue pursuing settlement while minimizing fees and costs.

2.     The parties propose the following modified deadlines:

| | |
|---|---|
| October 15, 2022: | Designation of Plaintiff's expert + provision of expert reports |
| November 16, 2022: | Designation of Defendant's expert + provision of expert reports |
| December 30, 2022: | End of fact and expert discovery (written and depositions) |
| January 30, 2023: | After a pre-filing conference, any dispositive motions due |
| February 15, 2023: | Joint trial memorandum due if no dispositive motions are filed |
| March 1, 2023: | Parties expected to be trial ready if dispositive motions are not filed |
| July 1, 2023: | Parties expected to be trial ready if dispositive motions are filed |

60 days after the decision on dispositive motions:     Joint Trial Memorandum due

WHEREFORE, the parties respectfully request that this Court extend pre-trial deadlines as proposed herein.

PLAINTIFF
Franca Caouette

*s/ Jeffrey Gentes*
Jeffrey Gentes (ct28561)
Connecticut Fair Housing Center
60 Popieluszko Court
Hartford, CT  06106
(860) 263-0741
jgentes@ctfairhousing.org
anika.lemar@ylsclinics.org

DEFENDANT
Cenlar FSB

 *s/ Lijue T. Philip*
 Lijue T. Philip (ct30987)
 Stradley Ronon Stevens & Young LLP
 100 Park Avenue, Suite 2000
 New York, NY 10017
 212-404-0625
 Lphilip@Stradley.com