## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCA CAOUETTE,<br><br>*Plaintiff,*<br><br>v.<br><br>CENLAR FSB,<br><br>*Defendant.* | CASE NO. 3:22-cv-00080 |

### STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP 41[a])

Plaintiff, Franca Caouette, and Defendant, Cenlar FSB, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims and causes of action between Plaintiff and Cenlar FSB, with each party bearing that party's own attorneys' fees and costs.

| **Stradley Ronon Stevens & Young, LLP** | **Jerome N. Frank Legal Services Organization** |
|---|---|
| *Attorneys for Cenlar FS* | *Attorneys for Franca* |
| By:  s/*Lijue T. Philip*<br>     Lijue T. Philip, Esq. (ct30987)<br>     100 Park Avenue, Suite 2000<br>     New York, NY 10017<br>     (212) 404-0625 | By:  /Jeffrey Gentes/<br>     Jeffrey Gentes, Esq. (ct28561)<br>     P.O. Box 209090<br>     New Haven, CT 06520-9090<br>     (203) 432-4800 |
| Dated: December 23, 2022 | Dated: 11/26/2022 |